J. Alex Grimsley (#019111)
JAGrimsley@dickinsonwright.com
Cindy A. Villanueva (#028163)
CVillanueva@dickinsonwright.com
Colin C. Quinn (#037122)
CQuinn@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004-4568
Phone: (602) 285-5000
Fax: (602) 281-5100
Firm Email: courtdocs@dickinsonwright.com
*Attorneys for Plaintiff/Counter-Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| HBI Innovations, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>Smartli, LLC, a New York limited liability company,<br><br>Defendant/Counterclaimant. | Case No. 2:25-cv-02508-PHX-SMB<br><br>**NOTICE OF SERVICE OF HBI'S INITIAL DISCLOSURE STATEMENT** |

Plaintiff HBI Innovations, LLP ("HBI") by and through undersigned counsel and pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's Case Management Order [Doc. 39], hereby gives notice that on September 18, 2026, HBI served upon Defendant Smartli, LLC HBI's Initial Disclosure Statement.

RESPECTFULLY SUBMITTED this 18th day of September, 2026.

DICKINSON WRIGHT PLLC

*/s/ J. Alex Grimsley*

J. Alex Grimsley
Cindy A. Villanueva
Colin C. Quinn
**DICKINSON WRIGHT, PLLC**
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004-4568
*Attorneys for Plaintiff/Counter-Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September 2026, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants.

By: */s/ Maureen B. Dunham*
An Employee of Dickinson Wright PLLC