**NEWMAN FERRARA LLP**
Jeffrey M. Norton (*Admitted Pro Hac Vice*)
Benjamin D. Baker (*Admitted Pro Hac Vice*)
55 East 59th Street, 17th Floor
New York, NY 10022
Tel: (212) 619-5400
Fax: (212) 619-3090
jnorton@nfllp.com
bbaker@nfllp.com

*Attorneys for Smartli LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| HBI Innovations, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>Plaintiff,<br><br>v.<br><br>Smartli, LLC, a New York limited liability company,<br><br>Defendant. | Case No.: 2:25-cv-02508-SMB<br><br>**NOTICE OF SERVICE OF SMARTLI LLC'S RULE 26(a)(1) INITIAL DISCLOSURES** |

Defendant/Counterclaimant Smartli, LLC ("Smartli"), by and through undersigned counsel, hereby gives notice that on September 18, 2026, pursuant to Fed. R. Civ. P. 26(a)(1) and the Court's Case Management Order (Dkt. No. 39), Smartli served its Rule 26(a)(1) Initial Disclosures upon Plaintiff/Counterclaim-Defendant HBI Innovations, LLP.

Respectfully submitted this 18th day of September, 2026.

**NEWMAN FERRARA LLP**

By: */s/ Benjamin D. Baker*
Jeffrey M. Norton (Admitted Pro Hac Vice)
Benjamin D. Baker (Admitted Pro Hac Vice)
55 East 59th Street, 17th Floor
New York, NY 10022
Telephone: (212) 619-5400
Email: bbaker@nfllp.com

*Attorneys for Defendant/Counterclaimant Smartli, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF system, which will send electronic notification to all registered participants as identified on the Notice of Electronic Filing. Paper copies will be sent to those indicated as nonregistered participants.

By: */s/ Benjamin D. Baker*
Benjamin D. Baker