**NEWMAN FERRARA LLP**
Jeffrey M. Norton (*Admitted Pro Hac Vice*)
Benjamin D. Baker (*Admitted Pro Hac Vice*)
55 East 59th Street, 17th Floor
New York, NY 10022
Tel: (212) 619-5400
Fax: (212) 619-3090
jnorton@nfllp.com
bbaker@nfllp.com

*Attorneys for Smartli, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

HBI Innovations, LLP, an Arizona limited liability partnership, d/b/a HBI International,

Plaintiff/Counterclaim Defendant,

v.

Smartli, LLC, a New York limited liability company,

Defendant/Counterclaimant.

Case No.: 2:25-cv-02508-SMB

**NOTICE OF SERVICE OF SMARTLI, LLC'S FIRST PRODUCTION OF DOCUMENTS**

Defendant/Counterclaimant Smartli, LLC ("Smartli"), by and through undersigned counsel, hereby gives notice that on November 16, 2026, Smartli served upon Plaintiff/Counterclaim-Defendant HBI Innovations, LLP its first production in response to HBI's First Set of Requests for Production of Documents and Things to Smartli [Phase One], served September 21, 2026.

Respectfully submitted this 16th day of November, 2026.

**NEWMAN FERRARA LLP**

By: */s/ Benjamin D. Baker*
Jeffrey M. Norton (Admitted Pro Hac Vice)
Benjamin D. Baker (Admitted Pro Hac Vice)
55 East 59th Street, 17th Floor
New York, NY 10022
Telephone: (212) 619-5400
Email: bbaker@nfllp.com

*Attorneys for Defendant/Counterclaimant Smartli, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF system, which will send electronic notification to all registered participants as identified on the Notice of Electronic Filing. Paper copies will be sent to those indicated as nonregistered participants.

By: */s/ Benjamin D. Baker*
Benjamin D. Baker